UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HILLAN,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD RAY RAMIREZ; SHERIFF MIKE BOUDREAUX,<br><br>  Defendants. | Case No.  1:21-cv-00424-JLT-HBK<br><br>**ORDER OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)**<br><br>(Doc. 26) |

    Pending before the court is the parties' "stipulation and order to dismiss case" filed under Federal Rule of Civil Procedure 40(a)(2) on July 25, 2022.  (Doc. 26).  Plaintiff initiated this action proceeding with counsel by filing a civil rights complaint and thereafter an amended complaint. (Docs. 1, 6, 9).  Defendants filed their answers and affirmative defenses.  (Docs. 12).  The parties now request to dismiss the action, with prejudice, under Rule 40(a)(2). (Docs. 26 at 2).  The parties request to keep the terms of the resolution confidential but note they will meet in-person after the order of dismissal is entered in this case.  (*Id.* at 1-2).  The parties further agree each side waives all fees and costs in exchange for the stipulated dismissal.  (*Id.* at 2).

    Rule 40(a)(2) provides in relevant part:

> [A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . . . Unless the order states otherwise, a dismissal under paragraph (2) is without prejudice.

In light of the parties' joint stipulation to dismiss this action, with prejudice, under Rule 40(a)(2), the Court VACATES all pending dates and matters and directs the Clerk of Court to dismiss this case with prejudice.

Accordingly, it is **ORDERED**:

1. The parties' joint stipulation (Doc. 26) is approved and this matter is dismissed with prejudice.

2. The Clerk of Court shall terminate any pending motions/deadlines and close this case.

IT IS SO ORDERED.

Dated:   **July 26, 2022**

UNITED STATES DISTRICT JUDGE